# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| **SOUTH CAROLINA ASSOCIATION OF SCHOOL LIBRARIANS**; **D.R.**, by and through his parents, Leah Moore and Charles Rhyne; **H.A.C.**, by and through her parents Susan Cridland-Hughes and Jed Cridland-Hughes; **H.M.C.**, by and through her parents Susan Cridland-Hughes and Jed Cridland-Hughes; <br><br> *Plaintiffs*, <br><br> v. <br><br> **ELLEN WEAVER**, in her official capacity as South Carolina Superintendent of Education; **GREENVILLE COUNTY SCHOOL DISTRICT**; <br><br> *Defendants*. | Case No.   2:25-cv-12857-DCN <br><br> **Rule 26.01 Interrogatories** |

Plaintiffs, by and through undersigned counsel, answer the Local Civil Rule 26.01 Interrogatories as follows:

A.  State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest. **ANSWER: None.**

B.  As to each claim, state whether it should be tried jury or nonjury and why. **ANSWER: Nonjury.**

C.  State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a

1

parent; and (3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**ANSWER: Plaintiffs consist of three individuals and an organizational plaintiff. The organizational plaintiff is a not-for-profit entity.**

      D.      State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). See Local Civ. Rule 3.01 (D.S.C.).

**ANSWER: Venue is proper in the Charleston division under Local Civil Rule 3.01 because that is where Plaintiff D.R. and members of Plaintiff SCASL reside and where a substantial portion of the events or omissions giving rise to the claims occurred.**

      E.      Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER: No.**

      F.      [Defendants only.] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER: N/A**

G.    [Defendants only.] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

**ANSWER: N/A**

Dated: October 7, 2025

Respectfully submitted,

<u>/s/ Allen Chaney</u>

Allen Chaney
ACLU OF SOUTH CAROLINA
P.O. Box 1668
Columbia, SC 29202
(843) 259-2925
achaney@aclusc.org
*Attorneys for Plaintiff*