IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| South Carolina Association of School Librarians; D.R., by and through his parents Leah Moore and Charles Rhyne; H.A.C., by and through her parent Susan Cridland-Hughes and Jed Cridland-Hughes; and H.M.C., by and through her parents Susan Cridland-Hughes and Jed Cridland-Hughes, | ) ) ) ) ) ) ) ) ) | C/A No. 2:25-cv-12857 DCN  **RULE TO SHOW CAUSE** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| Ellen Weaver, in her official capacity as South Carolina Superintendent of Education; and Greenville County School District, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

    This matter is before the court *sua sponte* regarding the status of this case and a related case previously filed in this district.

    The instant action was filed on October 7, 2025. According to plaintiffs' complaint (ECF No. 1), plaintiff South Carolina Association of School Librarians is an organization based in Columbia, South Carolina. Plaintiff D.R. is a minor living in Charleston, South Carolina, and plaintiffs H.A.C. and H.M.C. are minors living in Greenville, South Carolina. Defendant Ellen Weaver, sued in her official capacity as South Carolina Superintendent of Education, is based in Lexington, South Carolina. Defendant Greenville County School District is based in Greenville, South Carolina. On December 19, 2025, defendants filed their answer, Local Rule 26.01 Answers to

Interrogatories, and a notice of related case. In their Local Rule 26.01 Answers to Interrogatories (ECF No. 8), defendants disclosed that there was a related action previously filed in this district that contained similar allegations asserted against one of the same defendants and involved "nearly identical legal issues." The related case is <u>South Carolina State Conference of the NAACP et al v. Weaver et al</u> (3:25-cv-0487 SAL). On September 8, 2025, Judge Sherri A. Lydon denied plaintiffs' motion for preliminary injunction and granted defendants' motion to dismiss. An appeal of this case is currently pending before the Fourth Circuit Court of Appeals.

The cases are not twins by any means, but they are related in that they involve the same defendant (Ellen Weaver) and similar facts.

**IT IS THEREFORE ORDERED** that the parties show cause by **February 2, 2026** as to why this case should not be transferred either to the Columbia Division or to the Greenville Division and reassigned to Judge Lydon.

**AND IT IS SO ORDERED**.

David C. Norton
United States District Judge

January 15, 2026
Charleston, South Carolina